IN THE DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

APPELLATE DIVISION

FRANCISCA T. PALACIOS,    )   CIVIL APPEAL NO. 82-9017
                     )   (CTC CIV. NO. 79-204-A)
    Plaintiff-Appellant,  )
                     )
       vs.            )   AMENDMENTS TO OPINION
                     )
COMMONWEALTH OF THE NORTHERN  )
MARIANA ISLANDS, MARIANS    )
PUBLIC LAND CORPORTION,     )
SANTIAGE C. TUDELA, and THE  )
TRUST TERRITORY OF THE     )
PACIFIC ISLANDS,         )
                     )
    Defendants-Appellees.  )
_____)

    The Opinion of June 27, 1983 shall be amended as follows:

    Page 3, line 13 is amended to read:  "Appellant filed this action on November 2, 1979."

    Page 17, lines 15-18 are amended to read:  "Until at least 1974, when the 9th Circuit decided People of Saipan, Micronesian plaintiffs were without any forum in which to enforce Trusteeship Agreement claims."

    DATED this 11ᵗʰ day of August, 1983.

JUDGE ALFRED LAURETA   JUDGE EARL B. GILLIAM   JUDGE HERBERT SOLL